IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TYRECE JEFFERSON,

      Plaintiff,                  No. CIV S-10-2037 EFB P

    vs.

M.E. PALOMBO,

      Defendant.           <u>ORDER</u>

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests leave to proceed *in forma pauperis*.

      Plaintiff alleges a violation of his civil rights in Kern County, California. Kern County is in the Fresno Division of this court and the action should have been commenced there. *See* Local Rule 120(d). The court has not yet ruled on plaintiff's request to proceed *in forma pauperis*.

      Accordingly, it is hereby orderd that:

      1. This action is transferred to the Fresno Division.

      2. The Clerk of Court shall assign a new case number.

////

////

1    3. All future filings shall bear the new case number and shall be filed at:

2 United States District Court
Eastern District of California
3 2500 Tulare Street
Fresno, CA 93721
4

5    DATED: August 10, 2010.

6 _____
EDMUND F. BRENNAN
7 UNITED STATES MAGISTRATE JUDGE

2